## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL ALDARENGA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | *  Civil Action No. 15-1775 (RMC) |
| | * |
| 2327 18TH ST. NE, LLC, ET AL. | * |
| | * |
| DEFENDANTS. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Manuel Aldarenga, through undersigned counsel and pursuant to Federal

Rule 41(a)(1)(A)(i), hereby files this Notice of Dismissal of Plaintiff's claims against all

Defendants, with prejudice.


Date: June 7, 2016



Respectfully submitted,


_____/s_____
Michael K. Amster (Bar No. 1001110)
mamster@zagfirm.com
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave., Suite 400
Silver Spring, MD 20910
Tel: (301) 587 - 9373
Fax: (240) 839 - 9142

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of June, 2016, a true and correct copy of the foregoing Notice of Dismissal was served on Defendants via email and regular mail, postage prepaid, and sent to:

Mindy Farber
Farber Legal, LLC
9812 Falls Rd., Unit 114-159
Potomac, MD 20854
mfarberlaw@gmail.com

*Attorney for Defendants*

_____/s/_____
Michael K. Amster, Esq
